438 A.2d 626

Commonwealth v. Lindsey, Appellant.
Petition for Allowance of Appeal Denied Dec. 21, 1981.

Submitted June 13, 1980. William L. Kinsley, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.

PRICE, J., did not participate in the consideration or decision of this case.